## Henry F. C. Harmening, Defendant in Error, v. Frank O. Hawley, Plaintiff in Error.

### Gen. No. 6,418.   (Not to be reported in full.)

Error to the Circuit Court of Du Page county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed August 7, 1917. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Bill by Henry F. C. Harmening, complainant, against Frank O. Hawley and others, defendants, to have a certain contract for the purchase of real estate entered into between the complainants and the defendants declared forfeited, and for other relief. From a decree against defendants, upon answer of defendant Hawley and default of the other defendants, defendant Hawley brings error.

CHARLES H. DARLING, for plaintiff in error.

S. L. RATHJE, for defendant in error; RAYMOND & NEWHALL, of counsel.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. RECORDS, § 7*—*conclusiveness of court record.* The record of a court imports verity and cannot be contradicted by other evidence, but is conclusive upon the parties to the suit as well as all others whose interests may be affected thereby.

2. RECORDS, § 7*—*what does not constitute contradiction of court record.* The validity of a decree shown by the record to have been regularly entered in open court on a certain day is not impaired by evidence of indorsement of a file mark of a different date on the back of apparently the same decree by the clerk of court, and such indorsement or the fact they are apparently the same decree cannot be regarded as contradiction of such record.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.